FILED

APR 1 6 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WBI ENERGY TRANSMISSION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> Easement and Right-of-Way Across: <br><br> <u>Township 5 South, Range 26 East</u> <br> Section 9: N1/2SE1/4 <br><br> In Big Horn County, Montana, Consisting of Approximately .0125 Acres, <br><br> LAWRENCE FALLS DOWN, RANDY FALLS DOWN, STEVEN FALLS DOWN, LARRY LEE FALLS DOWN, VAN WADE FALLS DOWN, UNITED STATES OF AMERICA, and UNKOWN OWNERS, <br><br> Defendants. | CV 18-172-BLG-SPW <br><br> ORDER RESETTING PRELIMINARY PRETRIAL CONFERENCE |

Upon the Court's Own Motion,

1

IT IS HEREBY ORDERED that the preliminary pretrial conference presently set for Thursday, April 18, 2019, at 1:30 p.m. is **VACATED** and **RESET** for **Friday, April 19, 2019 at 9:30 a.m.**

FURTHER, the conference will be conducted in accordance with Fed. R. Civ. P. 16 and 26(f) and Local Rules 16.1, 16.2, and 26.1. Counsel may appear telephonically by following these steps:

- A. Dial: 1-877-336-1828
- B. Enter access code: 5803070#
- C. Press: #
- D. Speak your name at the tone

The Clerk of Court is directed to notify all counsel of the making of this Order.

DATED this 16th day of April, 2019.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge